# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**South Bend Division**

In Re: Debtor(s) (name(s) and address)  
Alisa Williams  
xxx–xx–4918  
2505 Prast Blvd  
South Bend, IN 46628  

Case Number: 25–30501–pes

Chapter: 7

## NOTICE TO ALL CREDITORS

NOTICE IS HEREBY GIVEN that this case was closed on the 8th day of July, 2025 without the entry of a discharge for Alisa Williams because the debtor(s) failed to file a statement regarding the completion of a course in personal financial management as required by Fed. R. Bankr. P. 1007(b)(7).

Dated: July 8, 2025 .

Amber E. Craig  
_____  
Clerk, United States Bankruptcy Court  
401 South Michigan Street  
South Bend, Indiana 46601

Document No. 17